RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Tel: (510) 763-9967
Fax: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
ANDREW CHAPIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANDREW CHAPIN<br><br>　　　　Defendant.<br>_____/ | No. CR. 20-mj-71712-MAG<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO PERMIT OUT-OF-DISTRICT TRAVEL** |

  Defendant Andrew Chapin, by and through his counsel Randy Sue Pollock, and Assistant United States Attorney Scott Joiner, hereby request that Mr. Chapin be permitted to travel out of the district to Southbury, Connecticut from December 22, 2020 through December 31, 2020. The purpose of the travel is to spend the holidays with his family.

///
///
///
///

Stipulation and ~~Proposed~~ Order To Permit Out-Of_District Travel
*United States vs. Chapin, CR. 20-mj-71712-MAG*

Brad Wilson from the Office of Pretrial Services has no objection to this trip.

Date: December 8, 2020    Respectfully submitted,

/s/
RANDY SUE POLLOCK
Counsel for Defendant
Andrew Chapin

Date: December 8, 2020

/s/
SCOTT JOINER
Assistant United States Attorney

SO ORDERED:

HONORABLE JACQUELINE S. CORLEY
United States Magistrate Judge

Dated: December 9, 2020

Stipulation and ~~Propose~~d Order To Permit Out-Of_District Travel
*United States vs. Chapin, CR. 20-mj-71712-MAG*                                      2