RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Tel: (510) 763-9967
Fax: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
ANDREW CHAPIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—ooo—

| UNITED STATES OF AMERICA, | Case No. 3: 20-mj-71712 MAG |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE** |
| ANDREW CHAPIN | |
| Defendant. | |

Randy Sue Pollock hereby enters a notice of appearance for defendant Andrew Chapin in the above-referenced matter.

Date:   January 4, 2021                                  Respectfully submitted,


                                                                           /s/
                                                         RANDY SUE POLLOCK
                                                         Counsel for Defendant
                                                         Andrew Chapin