DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

KIMBERLY HOPKINS (MABN 668608)
SCOTT D. JOINER (CABN 223313)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    scott.joiner@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 20-MJ-71712 MAG |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 5.1(c) AND (d) |
| v. | |
| ANDREW CHAPIN, | |
| Defendant. | |

    Counsel for the United States and counsel for the defendant, Andrew Chapin, jointly stipulate and request that time be excluded under Federal Rule of Criminal Procedure 5.1(c) and (d), and the Speedy Trial Act from January 6, 2021 to February 24, 2021. The parties jointly request that a status hearing be continued from January 6, 2021 to February 24, 2021.

    The government and counsel for the defendant have agreed that time be excluded under Federal Rule of Criminal Procedure 5.1 and the Speedy Trial Act so that the government can produce discovery on a USB drive and send to defense counsel this week and to permit defense counsel time to prepare, including by reviewing discovery. For these reasons, the parties stipulate and agree that excluding time

STIPULATION AND [~~PROPOSED~~] ORDER
CR 20-MJ-71712

1  until February 24, 2021, will allow for the effective preparation of counsel.  *See* 18 U.S.C. §
2  3161(h)(7)(B)(iv); FRCP 5.1(c) and (d).  The parties further stipulate and agree that the ends of justice
3  served by excluding time from January 6, 2021 to February 24, 2021, from computation under the
4  Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d) outweigh the best interests of
5  the public and the defendant in a speedy trial.  18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).
6         The undersigned Assistant United States Attorney certifies that she has obtained approval from
7  counsel for the defendant to file this stipulation, request, and proposed order.
8         IT IS SO STIPULATED

9  DATED:  January 4, 2021                    Respectfully submitted,

10                                            DAVID L. ANDERSON
                                              United States Attorney
11

12
                                              /s/ Kimberly Hopkins
13                                            KIMBERLY HOPKINS
                                              Assistant United States Attorney
14

15

16  DATED: January 4, 2021                    /s/ Randy Sue Pollock
                                              RANDY SUE POLLOCK
17                                            Counsel for Defendant Andrew Chapin

STIPULATION AND [PROPOSED] ORDER
CR 20-MJ-71712

**ORDER**

Based upon the representations of counsel and for good cause shown, the Court finds that failing to exclude the time from January 6, 2021 to February 24, 2021 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from January 6, 2021 to February 24, 2021 from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d) outweighs the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from January 6, 2021 to February 24, 2021 shall be excluded from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d). 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv); FRCP 5.1(c),(d). The status conference is also continued from January 6, 2021 to February 24, 2021.

IT IS SO ORDERED.

DATED: 1/4/2021

THE HONORABLE ALEX G. TSE
United States Magistrate Judge

[~~PROPOSED~~] ORDER
CR 20-MJ-71712