RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Tel: (510) 763-9967
Fax: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
ANDREW CHAPIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANDREW CHAPIN<br><br>　　　　Defendant.<br>_____ / | No. CR. 20-mj-71712-MAG<br><br><br>**STIPULATION AND PROPOSED ORDER TO PERMIT OUT-OF-DISTRICT TRAVEL**<br>_____ |

  Defendant Andrew Chapin, by and through his counsel Randy Sue Pollock, and Assistant United States Attorney Kimberly Hopkins, hereby request that Mr. Chapin be permitted to travel out of the district to Eastern District of California and the District of Nevada from February 4-February 8th.  His father is visiting from Connecticut and they will be skiing in the Lake Tahoe area.

Brad Wilson from the Office of Pretrial Services has no objection to this travel. Mr. Chapin will provide him with his travel itinerary before he leaves.

Date: February 1, 2021        Respectfully submitted,

/s/
RANDY SUE POLLOCK
Counsel for Defendant
Andrew Chapin

Date: February 1, 2021        /s/
KIMBERLY HOPKINS
Assistant United States Attorney

SO ORDERED:

HONORABLE JACQUELINE S. CORLEY
United States Magistrate Judge