RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Tel: (510) 763-9967
Fax: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
ANDREW CHAPIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA, | **No. CR. 20-mj-71712-MAG** |
| Plaintiff, | |
| vs. | **STIPULATION AND ~~PROPOSE~~D ORDER TO PERMIT OUT-OF-DISTRICT TRAVEL** |
| ANDREW CHAPIN | |
| Defendant. | |

Defendant Andrew Chapin, by and through his counsel Randy Sue Pollock, and Assistant United States Attorney Kimberly Hopkins, hereby request that Mr. Chapin be permitted to travel out of the district to Eastern District of California and the District of Nevada from February 4-February 8th.  His father is visiting from Connecticut and they will be skiing in the Lake Tahoe area.

Brad Wilson from the Office of Pretrial Services has no objection to this travel. Mr. Chapin will provide him with his travel itinerary before he leaves.

Date: February 1, 2021                    Respectfully submitted,


                                          _____/s/_____
                                          RANDY SUE POLLOCK
                                          Counsel for Defendant
                                          Andrew Chapin

Date: February 1, 2021                    _____/s/_____
                                          KIMBERLY HOPKINS
                                          Assistant United States Attorney



SO ORDERED:

                                          _____
Dated: February 3, 2021                   HONORABLE JACQUELINE S. CORLEY
                                          United States Magistrate Judge

Stipulation and ~~Proposed~~ Order To Permit Out-Of_District Travel
*United States vs. Chapin, CR. 20-mj-71712-MAG*                        2