RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Tel: (510) 763-9967
Fax: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
ANDREW CHAPIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>ANDREW CHAPIN,<br><br>     Defendant.<br>_____/ | No. CR. 20-71712-MAG<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE** |

   Defendant Andrew Chapin, by and through his counsel Randy Sue Pollock, and Assistant United States Attorney Kimberly Hopkins hereby request that the status conference in this case presently set for March 8, 2021, be continued to April 6, 2021. This request is because defense counsel will be in trial before Judge Alsup on March 8th.

///

///

///

///

It is accordingly proposed that the time period from March 8, 2021 to April 6, 2021 would be deemed excludable pursuant to 18 U.S.C. Section 3161(h)(8)(A), given that the ends of justice served by granting a continuance outweigh the best interests of the public and of the defendant in a speedy trial.

Date: February 27, 2021                    Respectfully submitted,

/s/
RANDY SUE POLLOCK
Counsel for Defendant
ANDREW CHAPIN

Date: February 27, 2021                    /s/
KIMBERLY HOPKINS
Assistant United States Attorney

SO ORDERED:
_____
United States Magistrate Judge