1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64493)
2  286 Santa Clara Avenue
   Oakland, CA 94610
3  Tel: (510) 763-9967
   Fax: (510) 380-6551
4  rsp@rspollocklaw.com

5  Attorney for Defendant
   ANDREW CHAPIN

6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9                 SAN FRANCISCO DIVISION

10                       —ooo—

11 UNITED STATES OF AMERICA,          **No. CR. 20-mj-71712-MAG**

12           Plaintiff,

13                                    **STIPULATION AND PROPOSED**
                                      **ORDER TO PERMIT OUT-OF-**
14 vs.                                **DISTRICT TRAVEL**

15 ANDREW CHAPIN

16         Defendant.
17 _____/

18    Defendant Andrew Chapin, by and through his counsel Randy Sue Pollock, and

19 Assistant United States Attorney Kimberly Hopkins, hereby request that Mr. Chapin be

20 permitted to travel to Hartford, Connecticut on May 8, 202 to visit his family.  He will

21 return to the Bay Area on May 16,

22 ///
23 ///
24 ///
25 ///
26 ///
27
28

The Office of Pretrial Services has no objection to this trip.

Date:   April 7, 2021               Respectfully submitted,

                                                 /s/
                                     RANDY SUE POLLOCK
                                     Counsel for Defendant
                                     Andrew Chapin

Date:   April 7, 2021                           /s/
                                   KIMBERLY HOPKINS
                                   Assistant United States Attorney

SO ORDERED:

                                   HONORABLE JACQUELINE S. CORLEY
                                   United States Magistrate Judge