1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  KIMBERLY HOPKINS (MABN 668608)
   SCOTT D. JOINER (CABN 223313)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7200
       FAX: (415) 436-7234
8      kimberly.hopkins@usdoj.gov
       scott.joiner@usdoj.gov
9

10 Attorneys for United States of America

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                         SAN FRANCISCO DIVISION

14
   UNITED STATES OF AMERICA,           )   NO. CR 20-MJ-71712 MAG
15                                     )
          Plaintiff,                   )   STIPULATION AND [PROPOSED] ORDER
16                                     )   CONTINUING STATUS CONFERENCE AND
       v.                              )   EXCLUDING TIME UNDER THE SPEEDY TRIAL
17                                     )   ACT AND FEDERAL RULE OF CRIMINAL
   ANDREW CHAPIN,                      )   PROCEDURE 5.1(c) AND (d)
18                                     )
          Defendant.                   )
19                                     )
                                       )
20 _____ )

21
        Counsel for the United States and counsel for the defendant, Andrew Chapin, jointly stipulate
22
   and request that time be excluded under Federal Rule of Criminal Procedure 5.1(c) and (d), and the
23
   Speedy Trial Act from April 28, 2021 to May 17, 2021.  The parties jointly request that a status hearing
24
   be continued from April 28, 2021 to May 17, 2021.
25
        The government and counsel for the defendant have agreed that time be excluded under Federal
26
   Rule of Criminal Procedure 5.1 and the Speedy Trial Act as the parties are in the process of resolving
27
   the case.  For this reason, the parties stipulate and agree that excluding time until May 17, 2021, will
28

STIPULATION AND [PROPOSED] ORDER
CR 20-MJ-71712

1  allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv); FRCP 5.1(c) and (d).
2  The parties further stipulate and agree that the ends of justice served by excluding time from April 28,
3  2021 to May 17, 2021, from computation under the Speedy Trial Act and Federal Rule of Criminal
4  Procedure 5.1(c) and (d) outweigh the best interests of the public and the defendant in a speedy trial.  18
5  U.S.C. §§ 3161(h)(7)(A), (B)(iv).
6       The undersigned Assistant United States Attorney certifies that she has obtained approval from
7  counsel for the defendant to file this stipulation, request, and proposed order.
8       IT IS SO STIPULATED
9  DATED:  April 22, 2021                          Respectfully submitted,
10                                                 STEPHANIE M. HINDS
                                                   Acting United States Attorney
11

12
                                                   /s/ Kimberly Hopkins
13                                                 KIMBERLY HOPKINS
                                                   Assistant United States Attorney
14

15

16  DATED: April 22, 2021                          /s/ Randy Sue Pollock
                                                   RANDY SUE POLLOCK
17                                                 Counsel for Defendant Andrew Chapin

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [~~PROPOSED~~] ORDER
CR 20-MJ-71712

**[~~PROPOSED~~ ORDER]**

Based upon the representations of counsel and for good cause shown, the Court finds that failing to exclude the time from April 28, 2021 to May 17, 2021 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence.  18 U.S.C. §3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from April 28, 2021 to May 17, 2021 from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d) outweighs the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from April 28, 2021 to May 17, 2021 shall be excluded from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d).  18 U.S.C. §§ 3161(h)(7)(A), (B)(iv); FRCP 5.1(c),(d).  The status conference is also continued from April 28, 2021 to May 17, 2021.

IT IS SO ORDERED.

DATED: April 22, 2021

_____
HON. JACQUELINE S. CORLEY
United States Magistrate Judge

[~~PROPOSED~~] ORDER
CR 20-MJ-71712