AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America<br>v.<br>ANDREW CHAPIN<br>_Defendant_ | ) ) Case No.  CR 21-00217 MMC<br>) )<br>) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 5/28/2021

_Defendant's signature_

_Signature of defendant's attorney_

Randy Sue Pollock
_Printed name of defendant's attorney_

_Judge's signature_

Hon. Laurel Beeler, U.S. Magistrate Judge
_Judge's printed name and title_