RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Tel: (510) 763-9967
Fax: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
ANDREW CHAPIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>ANDREW CHAPIN,<br><br>  Defendant.<br>_____ / | No. CR. 21-00217-MMC<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE DATE FOR CHANGE OF PLEA**<br>_____ |

   Defendant Andrew Chapin, by and through his counsel Randy Sue Pollock, and Assistant United States Attorney Kimberly Hopkins hereby request that the hearing for defendant's change of plea be continued from June 9, 2021 until June 16, 2021 at 2:15 p.m. in order to attend an in-person hearing.

   It is accordingly proposed that the time period from June 9, 2021 to June 16, 2021 would be deemed excludable pursuant to 18 U.S.C. Section 3161(h)(8)(A), given that the

///

///

///

ends of justice served by granting a continuance outweigh the best interests of the public and of the defendant in a speedy trial.

Date: June 3, 2021                                  Respectfully submitted,

                                                    /s/
                                                    RANDY SUE POLLOCK
                                                    Counsel for Defendant
                                                    ANDREW CHAPIN

Date: June 3, 2021                                  /s/
                                                    KIMBERLY HOPKINS
                                                    SCOTT JOINER
                                                    Assistant United States Attorney

## SO ORDERED:

                                                    _____
                                                    MAXINE M. CHESNEY
                                                    United States District Judge

2