UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** June 16, 2021　　**Time:** 1:51 – 2:29　　**Judge:** MAXINE M. CHESNEY
　　　　　　　　　　　　　　　= 40 minutes

**Case No.:** 21-cr-00217-MMC-1　　**Case Name:** UNITED STATES v. Andrew James Chapin Jr.

**Attorney for Plaintiff:** Kimberly Hopkins and Scott Joiner
**Attorney for Defendant:** Randy Pollock

**Deputy Clerk:** Tracy Geiger　　　　　**Court Reporter:** Belle Ball - Zoom Audio
**Interpreter:** N/A　　　　　　　　　　**Probation Officer:** N/A

## PROCEEDINGS

Change of Plea – held in person.

Defendant plead guilty to Counts 1, 2, and 3 of a 3-count Information.

The Court accepted the plea and referred the matter to US Probation for preparation of a presentence report.

Plea agreement filed with the court.

**CASE CONTINUED TO: October 6, 2021 at 2:15 PM for Sentencing – in person**