```
1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64493)
2  286 Santa Clara Avenue
   Oakland, CA 94610
3  Tel: (510) 763-9967
   Fax: (510) 380-6551
4  rsp@rspollocklaw.com

5  Attorney for Defendant
   ANDREW CHAPIN
6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW CHAPIN<br><br>Defendant.<br>_____/ | CR21-0217 MMC<br>No. ~~CR. 20-mj-71712-MAG~~<br><br>**STIPULATION AND PROPOSED ORDER TO PERMIT OUT-OF-DISTRICT TRAVEL** |

    Defendant Andrew Chapin, by and through his counsel Randy Sue Pollock, and Assistant United States Attorney Scott Chapin, hereby request that Mr. Chapin be permitted to travel out of the district to Boston and Connecticut from September 26, 2021-October 2, 2021 in order to visit family.

    Brad Wilson from the Office of Pretrial Services has no objection to this travel. Mr. Chapin will provide him with his travel itinerary before he leaves.

Stipulation and ~~Proposed~~ Order To Permit Out-Of_District Travel
*United States vs. Chapin, CR. 20-mj-71712-MAG*

| | |
|---|---|
| Date: July 30, 2021 | Respectfully submitted, |
| | /s/<br>RANDY SUE POLLOCK<br>Counsel for Defendant<br>Andrew Chapin |
| Date: July 30, 2021 | /s/<br>SCOTT CHAPIN<br>Assistant United States Attorney |
| SO ORDERED:<br><br>Date: August 11, 2021 | *[signature: Jacqueline Scott Corley]*<br>HONORABLE JACQUELINE S. CORLEY<br>United States Magistrate Judge |

Stipulation and ~~Proposed~~ Order To Permit Out-Of_District Travel
*United States vs. Chapin, CR. 20-mj-71712-MAG*                                                                 2