RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Tel: (510) 763-9967
Fax: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
ANDREW CHAPIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>ANDREW CHAPIN,<br><br>          Defendant.<br>_____ / | **No. CR. 21-00217-MMC**<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE DATE FOR SENTENCING**<br>_____ |

  Defendant Andrew Chapin, by and through his counsel Randy Sue Pollock, and Assistant United States Attorney Scott Joiner hereby request that the sentencing hearing presently set for October 6, 2021 be continued to November 17, 2021 at 2:15 p.m. and be held in person.

  This extension is at the request of defense counsel who needs additional time to prepare for sentencing. Also, Mr. Chapin has been cooperating with bankruptcy attorneys and will likely have a deposition prior to his sentencing.

| | |
|---|---|
| Date: September 21, 2021 | Respectfully submitted, |
| | /s/ |
| | RANDY SUE POLLOCK |
| | Counsel for Defendant |
| | ANDREW CHAPIN |
| Date: September 21, 2021 | /s/ |
| | SCOTT JOINER |
| | Assistant United States Attorney |

SO ORDERED:

_____
MAXINE M. CHESNEY
United States District Judge

2