| | |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284)<br>Acting United States Attorney |
| 2 | |
| 3 | HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division |
| 4 | KIMBERLY HOPKINS (MABN 668608)<br>SCOTT D. JOINER (CABN 223313) |
| 5 | Assistant United States Attorneys |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 7 | Telephone: (415) 436-7200<br>FAX: (415) 436-7234 |
| 8 | scott.joiner@usdoj.gov |
| 9 | |
| 10 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | | |
|---|---|---|---|
| 14 | UNITED STATES OF AMERICA, | ) | NO. CR 21-00217 MMC |
| 15 | Plaintiff, | ) ) ) | STIPULATION TO CONTINUE SENTENCING HEARING; [PROPOSED] ORDER |
| 16 | v. | ) ) | |
| 17 | ANDREW CHAPIN, | ) ) | |
| 18 | Defendant. | ) ) | |

The parties jointly request that the sentencing hearing presently set for November 17, 2021 at 2:15 p.m. be continued to December 15, 2021, to be held in-person. The parties have conferred with the assigned U.S. Probation officer who has no objection to the requested continuance.

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

SO STIPULATED.

DATED: November 11, 2021                        /s/
                                                SCOTT D. JOINER
                                                Assistant United States Attorney

STIP. TO CONT. SENTENCING; [PROPOSED] ORDER
CR 21-00217 MMC

DATED: November 11, 2021                /s/
                                             RANDY SUE POLLOCK
                                             Counsel for Defendant Andrew Chapin

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

DATED:

                                             HON. MAXINE M. CHESNEY
                                             UNITED STATES DISTRICT JUDGE