1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  KIMBERLY HOPKINS (MABN 668608)
   SCOTT D. JOINER (CABN 223313)
5  Assistant United States Attorneys

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-7200
        FAX: (415) 436-7234
8       scott.joiner@usdoj.gov

9
   Attorneys for United States of America
10
                     UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12
                         SAN FRANCISCO DIVISION
13

14  UNITED STATES OF AMERICA,         )  NO. CR 21-00217 MMC
                                      )
15       Plaintiff,                   )  STIPULATION TO CONTINUE SENTENCING
                                      )  HEARING; [PROPOSED] ORDER
16       v.                           )
                                      )
17  ANDREW CHAPIN,                    )
                                      )
18       Defendant.                   )
                                      )
19

20

21       The parties jointly request that the sentencing hearing presently set for November 17, 2021 at
                                        at 2:15 p.m.,
22  2:15 p.m. be continued to December 15, 2021, to be held in-person. The parties have conferred with the
                                               ^
23  assigned U.S. Probation officer who has no objection to the requested continuance.

24       The undersigned Assistant United States Attorney certifies that he has obtained approval from

25  counsel for the defendant to file this stipulation and proposed order.

26       SO STIPULATED.

27  DATED: November 11, 2021                        /s/
                                            SCOTT D. JOINER
28                                          Assistant United States Attorney

STIP. TO CONT. SENTENCING; [PROPOSED] ORDER
CR 21-00217 MMC

DATED: November 11, 2021

/s/
RANDY SUE POLLOCK
Counsel for Defendant Andrew Chapin

**[PROPOSED]** ORDER

Pursuant to stipulation, IT IS SO ORDERED.

DATED: November 12, 2021

HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

STIP. TO CONT. SENTENCING; [PROPOSED] ORDER
CR 21-00217 MMC