RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
ANDREW CHAPIN

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. CR 21-00217-001-MMC** |
| Plaintiff, | |
| vs. | **INDEX AND EXHIBITS TO DEFENDANT'S SENTENCING MEMORANDUM** |
| ANDREW CHAPIN, | |
| Defendant. | **Sentencing Date:   December 15, 2021**<br>**Sentencing Time:  2:15 p.m.**<br>**Ctrm: HON. MAXINE M. CHESNEY** |

| Exhibit | Content |
|---|---|
| A | Andrew Chapin's letter to Court |
| B | Character letter by parents Andrew and Lorraine Chapin |
| C | Character letters by Nick Proch, Samuel Monroe, Nicholas Carpino, James C. Dziobek, III, MPH, Burt Tessler, and Ellen Prinzi |
| D | Character letter by Matthew Goldstein |
| E | Character letter by James O'Brien |

# EXHIBIT A

To the Honorable Judge Maxine Chesney,

I write this letter to add color and context around who I am as a human being as you consider sentencing in my case.

By now, you've read my personal and professional biography; I was born and raised by a loving family in Connecticut before attending college in northern Vermont and moving to Boston to begin my professional career in technology. A few years later, I started Benja Incorporated with a friend which is, unfortunately, the first of several steps that lead us to this letter.

What you do not yet know is what makes me tick - my passion and devotion to my communities that I've demonstrated throughout my life. This has been the case from very early on when I volunteered and joined the Cub Scouts. I served in student governments, as vice president of my class at Pomperaug High School and for three years as president of the student body at Northern Vermont University. I've mentored high school students at a summer camp for those interested in entrepreneurship. I've donated and raised money in memory of my grandparents with the Alzheimer's Association. I've volunteered for political campaigns and been an advocate for people to participate in the political process. I've been an active volunteer at the San Francisco Society for the Prevention of Cruelty to Animals (SPCA). I became an Eagle Scout.

It's that last one - becoming an Eagle Scout - that I would like to highlight because I believe it most formative and what made me who I am today.

An important piece of the scouting journey is serving what is called the Scout Law: "a Scout is trustworthy, loyal, helpful, friendly, courteous, kind, obedient, cheerful, thrifty, brave, clean, and reverent."

Since first hearing the Scout Law twenty-seven years ago, I've considered this my north star. A true set of guiding principles that I have leaned on countless times. Despite that, I find myself writing this letter because I'm guilty of committing fraud in my business dealings. The question many have asked, including my parents and those closest who know this about me, is "why?"

It's important to know, first and foremost, I did not set out to commit fraud.

About seven years ago, I was working at an event and conference technology company called Feathr which went through a financing event and re-organization - the company was changing and I decided, along with one of my co-workers, to try starting our own technology company. We did that. We embarked on the journey from "idea on the back of a napkin" to live product. We formed partnerships, hired employees, raised funding, launched a mobile application, and plotted for future plans. We were delivering on our mission to change the method in which e-commerce experiences are delivered.

A few years in, recognizing the potential of our early success, a group of e-commerce veterans approached the company and we started to discuss a financing deal which would allow us to grow, return our initial investors money, and move on to pursuing our mission in a different and greater way. As was my responsibility, I shared the opportunity with our investors and discussed it at length.

Unfortunately, the deal fell apart. With great disappointment, I shared this with our investors. Most understood this is a standard occurrence in the startup journey. One investor did not. This

investor refused to accept the outcome and what began was a multi-year story of manipulation, threats, and abuse.

This investor told me he would lose his house if we did not pay him what he expected to earn from the deal and asked what he should tell his daughters if that happened. He told me his fiancé had terminal brain cancer and I was the reason he would not be able to spend more time with her in her final days. He told me other entrepreneurs were depending on the availability of those funds and other businesses may close as a result. He forwarded e-mails from those distressed entrepreneurs counting on his investment. He threatened to lean on his extensive political connections to "destroy" my life.

The pressure was unlike anything I had ever experienced - and every time I thought it couldn't get worse, this investor found a way to make it so. The investor would call my personal phone as many as ten times per day, e-mailing multiple times as well. I had to change my phone number. I sought counseling over this abuse - both professional counseling and through my friends and family, all of whom were well-aware of the damage this individual was doing to my psyche. I could not sleep. I would get up before dawn to work on solutions for him. I felt immense empathy for the investor and the positions he claimed to be in.

I believed my only chance to end the abuse would be to complete the deal as promised. To meet that goal, I sought additional investment. When that wasn't enough, I began to modify Benja's performance metrics and financial numbers in a material way. I started to do things like state we had direct relationships with a company like Nike when in truth, we had relationships with third-party re-sellers of Nike product.

I used those numbers (and false partnerships) to secure additional monies for the business, primarily through the bank loan at Busey Bank. The company purchased the investor's stake. By doing so, he would keep his home, he would help other entrepreneurs, and he could spend more time with his dying fiancé.

His calls stopped. A weight had been lifted - for a moment, I felt immense relief and felt good I made good with the investor. I had been loyal, I had been helpful.

But I had also violated a key component of the Scout Law - I had not been trustworthy. What began as one lie to meet an end became one thousand lies. The company was no longer recognizable and I was drowning in the fabrication. While I originally believed our company would, in time, catch up to the false numbers I put forward, it was an unrealistic objective. Still, I put my head down to make sure it became a reality. I worked harder than I've ever worked before to continue to grow our business.

At the same time, I maintained our bank loan at Busey Bank.  Despite my misrepresentations to obtain the loan it never fell into bad standing and the company made payments - and I hired a Chief Financial Officer to help me correct the wrongs I had made in reporting. Our investors, stakeholders, the newly-hired CFO, the board of directors, and Busey Bank were aware our financials were not solid - they each repeatedly acknowledged we were not in compliance with Generally Accepted Accounting Principles and agreed with my plan to hire a new CFO, have a conversation about what was wrong, and come up with a clear plan to correct course with conviction. Though I knew it would be a challenging road, our stakeholders indicated they would be agreeable with a strong plan. I was ready and eager to get started on that path.

After a few weeks on the job, the new CFO changed his tone. He and one of our financial backers did what they believe is right and reported my actions.

A few weeks later, around sunrise on November 23rd, 2020, there was a loud knock at my door by a group of FBI agents armed with assault rifles. I was under arrest.

That day represents many things in my life. Most importantly, it was the earned result of months of deceptive business practices, a day where it became clear when and how I would pay the price for my actions.

It was a day of incalculable loss in my personal life. Prior to my arrest, I was engaged to a wonderful woman with whom I shared a puppy we love very much. We lived in a beautiful, warm, and loving home. I had a strong personal and professional reputation, serving on boards and being an active member of my community. These were the parts of my life I valued most - my budding family and a place in my personal and professional communities. It was a beautiful life.

These things are no longer part of my life. My fiancé, hurt I would put our family at such a risk, left. I moved. I was fired from boards and have been unable to find employment while my immediate future is in question. I disappointed my parents and family, who had done nothing but support me and give me every chance to succeed. I lost several close friends.

It cost me everything I held near and dear to my heart. I lost my identity and for a time, sense of self.

Imagine the pain I felt when I found out, after the arrest and the company went up in flames, the claims made by the investor who drove me to these lengths were completely false. He was never at risk of losing his home, he was making his investments, and his fiancé was never sick. I destroyed my own life and hurt dozens of other people over his lies.

Early in my reflections, I was focused on the fact I did not commit these crimes with malicious intent - after all, I thought, the company was functional, was servicing the bank loan, and I never intended anything but paying the loan in full and ultimately making the investors whole. I did not personally benefit from the loan or investment - there was zero self-enrichment, I was paid a below-market salary, and I currently have a negative net worth. With the benefit of time and painful conversations, I've realized none of that is what matters here.

What matters is I lied about the performance of the company in a material way to investors and to Busey Bank. I acted on my own. I could have said "no" in the first place and I certainly could have stopped it before it became a years-long web of lies and deceit that impacted the lives of more and more people.

Internalizing complete ownership of what happened was a difficult and important step. It's one that I work through and remind myself of each day and use as a motivator to re-build my life.

One way this has manifested itself is spending time preparing, in a practical way, for what's next. A core piece of my "next" is completing restitution - an obligation I take seriously - and that means my next career move is critically important. I spent time speaking with recruiters and people about what my career could look like in the near future. With those conversations in mind, I completed my previously unfinished advanced degree at Harvard Business School Online. I also started work on developing a technical skillset to become a full-stack web

developer and programmer through Google Career Certificates and Codecademy. I feel confident in the professional path I'm blazing - my business education and experience along with my new training will make me an asset to a technology firm. I'll be well-positioned to address restitution and find fulfilling work. I truly can not wait to get to this part of the journey - I'm not very good at sitting still when I have a task in front of me. I'm eager to begin chipping away at the restitution owed in this case.

I've spent time looking within and considering what is most important in my life going forward. With the help of a white collar criminal support group, I was able to gain important clarity and take stock of my life. While I've shared a lot about my time as an involved member of my communities, I never realized just how involved I was - participation was something I did without much thought, a place I naturally gravitate to. This clarity has helped me think about how I can be a more deliberate contributor to my communities going forward - how I can focus my energy and make a greater impact. It has provided an energy and drive for me to double down on such efforts and ultimately, I'll be able to leverage this experience to help those around me - especially in my professional communities-to-be.

I've spent this time facing my shortcomings, especially related to my addictive personality. I held a near-daily cannabis habit and was an avid sports gambler. To this day, I struggle to sleep without the aide of cannabis and I find it difficult to avoid looking at sports betting odds but I am proud to say I haven't ingested cannabis in more than a year and I haven't placed a sports bet in nearly the same amount of time. I'm proud of my work fighting those addictions especially in an environment where both cannabis and sports betting are more accepted in both a legal and cultural sense - these things can be difficult to avoid in the current climate.

And though I hold great optimism for my future, the reality of custody weighs on my heart and soul every minute. Not only have my actions already cost a great deal personally, it will also rob me of being present for moments I've looked forward to for years. At minimum, it seems I'll miss the weddings of both my younger brother James and my best friend Matt. I may miss the birth of my first nephew or niece and other moments that I'll never forgive myself for missing.

It's also a reality that is holding me back from my greatest charge and desire - to begin making right all of the wrongs I have done. I understand that in helping one investor, I caused tremendous damage to many other stakeholders and I don't believe I'll ever forgive myself for the hurt and damage that was done. It doesn't seem possible. While I'll never repair the trust that was broken, what I can do is focus and work tirelessly to complete restitution to make those stakeholders whole in a financial sense. Every minute I await sentencing and every minute I spend in custody is another minute I'm not moving forward and addressing the financial reality of this case. As I wait for your judgment and word on what the next few years of my life will look like, I'm not making progress toward that financial goal and that causes me great anxiety. It's a struggle. I'm ready to get to work.

In closing, I humbly ask you consider the whole picture - the whole me - as you contemplate sentencing. I pray you feel the remorse in my words and see the fire I hold inside to return to being a positive member of my communities.  With your help, I can continue making real progress on the path to righting my wrongs and making those impacted whole again.

Sincerely,

Andrew J. Chapin Jr.

# EXHIBIT B

United States District Court for the Northern District of California
October 28, 2021

450 Golden Gate Avenue

San Francisco, CA 94102

Honorable Maxine Chesney:

We have been asked to write a letter about our son Andrew. Normally, we would be very pleased writing about our wonderful son and how much we are proud of him. Since this letter is for the Court to consider, prior to his sentencing, we are finding it a little more difficult.

The Monday before Thanksgiving we received a frantic call from Kelly, Andrew's fiancé at the time. Obviously upset, she began to tell us what happened. Needless to say, we were devastated. In absolute shock at the turn of events.

Our thoughts went straight to Andrew and his well-being. He was in shock and needed to know we are there to support him and show how much we love him. We wanted, at this point, to make sure he kept his head on straight and focused on what is right in front of him and not worry about what is to come. We know that if Andrew can do that, he will be alright in the near term.

Andrew was raised in a loving household, taught manners, given praise and knows there are consequences to your actions. He was given leeway to make mistakes, so as to learn from them. He was pushed to do what he says and finish what he starts, to understand integrity. He was shown to take pride in his work, to experience accomplishment. He was rewarded for his work, to experience pride in himself. He was taught there are no limits to what you can accomplish, so he could fulfill his dreams.

His Mother and I have been very proud of Andrew's accomplishments. He earned his Eagle Scout Award, then graduated High School, graduated from Lynden State College and embarked on a path to earn a Master Degree from Harvard. All the while he was working to support himself in VT while setting up his program for an advanced degree. This was a lot to handle on his own, but he made it with hard work and persistence. In time, he took advantage of an opportunity. He accepted investment capital that will allow his company to grow and hopefully become a very valuable asset.

As he kept building and improving on his successes, we were impressed with the dollar amounts he was dealing with. Tens of thousands, then hundreds of thousands of dollars to millions. The pressure of handling that much investment capital has to take a toll and we began to wonder what affect it would have on Andrew.

When he was taken into custody, on that day before Thanksgiving, the truth began to come out. We began to understand what affect the pressure was having on him and the decisions he made that led to his arrest.

There is no doubt in our minds Andrew has the character get through this. We have traveled several times to see him, from Connecticut. Primarily to make sure he is okay physically, mentally and to make sure he has "food and shelter." What we have seen is "typical" Andrew.

How he is spending the time between his arrest and sentencing makes both of us proud. He is not sitting around. He is volunteering for a dog shelter, finishing his Master's Degree by taking the last *three* online courses *and* passing the final, enlisting in a certificate program so he can begin to build a new career and staying focused on what is right in front of him. Keeping busy is typical for Andrew.

Lorraine and I are very close to our son. We love him dearly. We talk daily about a variety of topics. Some of the best are about his future, after his time is served. We consider that best because it speaks to his very nature, his optimism and positive attitude about what comes next. It is important for Andrew to continue seeing his path forward, setting goals and work toward a new career. He can do that with the help of his faith, family and a solid foundation supporting him.

As parents we blame ourselves for our children's mistakes. We ask ourselves what we missed. It is more clear to us that we under estimated the level of pressure. Andrew was feeling. Perhaps better decisions would have been made if we recognized the pressure he was under, earlier, and talked about it.

All we can do now is handle what is in front of us and continue to show Andrew our love and support by walking with him on this very difficult path.

Sincerely,

Andrew and Lorraine Chapin

# EXHIBIT C

November 1, 2021

To The Honorable Judge Maxine Chesney,

To start, I'd like to thank you for the time you're taking to read a character reference for a defendant; I can understand it's probably an undesirable part of the job you have to do on a daily basis. That being said from my position, or Andrew's, this isn't something he nor I, or anyone else close to him, goes through on a frequent basis.

That's really what makes this whole process not only challenging, but also surprising as a very close friend of Andrew's. My name is Nick Proch and I've been a friend of Andrew's, or 'Chapin' as a lot of his friends call him, for about 17 years. He lived the entirety of his childhood and young-adult life in Southbury, CT, but I had moved to Southbury just before high school from a few towns over.

Andrew was one of the first people I met in high school and we immediately formed a bond over the Red Sox, something that still keeps us close today. Since that time, we've spent a lot of personal time together and never once have I questioned his morals or character. He stood at the altar as one of my groomsmen in my wedding two years ago and even with the news of his legal proceedings I wouldn't change that.

Outside of being a great person whom I've become very close with for over half my life, he's also worked for my family. In high school and college, my parents owned and operated a party rental delivery business which Andrew worked for. He was one of the most reliable employees we had, which says a lot considering a person in high school or early college has plenty of reasons to not be working and to be out having fun.

He's been there plenty of times for me on a personal level as well. From late night phone calls after a breakup to advice from a professional perspective, he's one of those people that will always answer if you're taking the time to ring him. Not having that person in my life, or others who are close to him, will be felt for any period of time.

The last piece I'd like to share is about how I've seen Andrew's mentality change in the wake of his arrest and legal proceedings. At first, there was a little hesitance from his side to talk about what was going on. I'd imagine that was coming from a place of embarrassment or shame related to the case being so publicly accessible. But as time went on, he wanted to talk about it. He wanted to talk about the errors he'd made and how he was going to change his ways and try to correct the things he's done. He's mentioned to me several times how motivated he is to show those around him that he can be successful after something like this happening. It's clear to me he understands his actions aren't just about him, but about everyone else in his life too. That doesn't change the fact he was incorrect in his actions, but it does change my perspective on his path forward and how committed he is to an honest route from here.

The only ask I have is that you keep Andrew's path forward in mind as you're working through this process. Thank you very much for your time in reading this, it wasn't an easy letter to have to write nor one I thought I would have to.


Sincerely,

Nick Proch

Samuel Monroe
27 Janet Street
Plymouth, MA 02364

The Honorable Maxine Chesney
San Francisco Courthouse 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

RE: ANDREW J. CHAPIN

My name is Sam Monroe, I am the Vice President of Retail Operations for a seafood company on Cape Cod, Massachusetts. Today, I write to you on behalf of Andrew J. Chapin Jr. I was surprised and concerned to hear that he finds himself in legal trouble, which is why I was happy to write this letter on his behalf. I've never known him to be anything other than a reliable and trustworthy person.

I first met Andrew Chapin in September of 2007 on our first day at Lyndon State College, now known as Northern Vermont University at Lyndon. We instantly connected over being Eagle Scouts, hiking, skiing, the outdoors and a love for Boston sports. Within a few short weeks, I began to think of Andrew as my best friend. We spent the next four years nearly inseparable. We were neighbors our freshman year and roommates every year after that. I truly believe knowing Andrew and spending the time with him that I did, has helped shape me into the person I am today.

When Andrew and I first became friends, he was an outgoing guy trying to make a name for himself. He immediately got involved in our school's community, sitting on the Student Government Association and serving as President for our sophomore and junior years. He grew involvement in the campus and community while helping to run the organization and make it the best it could be. He made time for anyone who asked. He helped to start new clubs on campus and attended all sporting events.

Andrew, or Chapin as he's known to most of our friends, has always been genuine person. A kind and friendly guy who would always make you feel like a friend. I assume you are getting a lot of these letters, mentioning Andrew as one their best friends. That's because that is the type of person he is; a friendly and outgoing person who makes time for everyone.

We eventually settled on opposite coasts, I near my hometown in Massachusetts and he in San Francisco. But we always stayed in touch. Connecting for a Red Sox game here or a Face Time chat there. He was in my wedding and was one of the first people I told when my wife was pregnant with our first son.

When he reached out in November of 2020, I was sure it was the same as always. Just two busy friends trying to carve out some time to catch up as the holidays approached. Maybe he was planning a trip back East. Maybe he was going to ask me to be a groomsman in his wedding. When he told me the situation he got himself into, I was shocked, disappointed and a hurt.

My first thought was it was a joke. To my knowledge his company had been running smoothly and doing well.

Andrew is a one in a kind person. Over the years, I've leaned on him for advice and help with issues in my life. He always found time for me, taking me in for the weekend after a bad break up or during early career failures. He was there to help or listen. Once he's available to do

so, I would be thrilled to return the favor and welcome Andrew as an employee at my company as he rebuilds his life.

Over the past year, I've been conflicted with his situation. I've felt guilty he felt he couldn't reach out to me for help or just to vent to as things in his life were spiraling. I have felt hurt that he felt the need to portray himself and his company as successful. I truly believe it's because he is more concerned with others and helping them. That is the type of the person he is. He's always shown more concern for others and put them in front of himself.

I know he's not a demonstrative person out there to step on the little guy in order to get ahead. I believe his intention was never to hurt anyone. I also believe his intent was to be a successful boss who can provide for his employees, family and community. I truly believe he just lost sight of this for a little while getting caught up in the business world as a young entrepreneur.

It's no secret Andrew has made a huge mistake. He knows that. He's aware of the professional black mark he's made for himself and the personal relationships he has fractured. I'm confident that given the opportunity, he can will continue to learn from this and build on the growth he has already clearly experienced. He will become a better person, a better employee, a better community member, and a better friend. I'm sure of it.

Kind Regards,
Samuel Monroe

November 1, 2021

Dear The Honorable Maxine Chesney,

I am writing to you today to provide a character reference letter for Andrew J. Chapin Jr. I have known Andrew since the fall of 2003, when we met as freshmen at Pomperaug High School in Southbury, CT.  Andrew is my best friend and I hope to bring to light what you may not know or understand about him.

At the beginning, our friendship was based on our mutual love for the Boston Red Sox, but it evolved far beyond than that. Over the years, I've gotten to know Andrew and his family on much deeper levels. His family runs a business in our home town, as my family does, and Andrew has assisted there for as long as I've known him. I believe working for a small family business in a small town teaches you a lot of great things. His family values responsibility, integrity, hard work, kindness, and generosity. Andrew has always exemplified these values. Growing up, Andrew was a prominent member of the Boy Scouts and eventually became an Eagle Scout. His Eagle Scout project greatly enhanced the hiking and recreational park in town. It was an impressive accomplishment. Like his father, Andrew was always helping out in the community and donating his time to our school and town. Andrew always participated in sports. When injuries took their toll, he stayed on the field helping his friends and teammates. He would make a great baseball coach. He has continued volunteering through-out his life, he currently volunteers at a local animal shelter multiple times a week and takes a lot of pride in it.

I've always been able to go to Andrew when I needed a friend. He is the ultimate "give you the shirt off his back" type of friend. I truly believe his good nature and generosity got him into trouble here. Unintentionally, he made promises that he could not keep. I am positive that he never planned to hurt anyone or break the law when he started his business. He believed in himself, he believed in his dream and his idea, he believed his company would ultimately succeed. Andrew has always believed in himself and believed he could help people with his ideas. Pressure, anxiety and fear eventually drove Andrew to make poor decisions.

Andrew developed a gambling problem about five years ago, as many young men have, it starts as fun with friends and then it becomes an addiction. The legal investigation he went through was eye-opening for him in many ways, but it certainly was in regards to gambling. I trust he has learned the dangers of that habit and will never go back to it. He has also committed himself to refrain from marijuana. I am really proud of Andrew for this. As a medical professional, I know how difficult it is to break substance habits. He understands that drugs can lead to poor decision-making. Now he wants to do everything he can to keep his mind clear and focus on being a better person. Andrew has always been willing to work on his mental health. He has gone to therapy regularly, he talks about it openly and encourages others to take care of themselves as well. I know he will continue to care for himself in this way.

In conclusion, I do not think there is a person more deserving of a second chance. He has all the tools to succeed. When I look at Andrew now, I see a man that has learned his lesson and committed to changing for the better.  I wouldn't write this letter unless I truly believed that.


Sincerely,

Nicholas Carpino

To The Honorable Maxine Chesney,

I am writing to you today to share my experiences and what I know to be true about my friend Andrew Chapin. A short introduction about me, I am a senior data analyst at Mass General Brigham; a healthcare system based in Somerville Massachusetts. I currently live in Derry, New Hampshire. I feel qualified to speak about my experiences with Andrew as I have known him for more than 10 years and have seen him struggle and overcome various obstacles.

I met Andrew at Lyndon State College (now Northern Vermont University) in 2010. We didn't take any classes together as I was a psychology major and he a business major, but our friend circles overlapped. We would do various activities together such as hiking during the summer and winter activities like skiing. Andrew was a respected leader in college and served on various student activity boards. It always seemed like he was working on the next big idea.

I was always envious of Andrew's work ethic. I worked at a few different ambulances during college and probably worked more than 80 hours each week and Andrew always seemed to be putting in more hours than me on various efforts in business and his community.

As time would go on, Andrew and I stayed in touch. Sometimes he would live close to me, other times far away. We would see each other a few times a year for a baseball game or just catch up on the phone. He was the best man at my wedding, has met my parents and has helped me during various personal issues. I picked him to be my best man because he is just a genuine and authentic person. One of the most genuine and authentic human beings I know. I was surprised to learn about his legal issues, but his immense struggles did not stop him from helping me through my separation and subsequent divorce.

I believe in second chances, making amends, and offering grace. I believe that Andrew has the capacity to make things right on behalf of those he allegedly defrauded and use this experience to help others. Andrew came to Silicon Valley to follow his dream of owning a company and participating in the tech world. He made a mistake, a mistake that will follow him for the rest of his life. As you look at the sentencing guideline and decide Andrew's fate, I hope you will take into account the entirety of his life up to this point vs the several months in which the offense was committed.


Thank you for your time,

James C Dziobek III, MPH

802-274-1261

To the Honorable Judge Chesney,

My name is Burt Tessler, a friend of Andrew Chapin for more than two and a half years.  I met Andrew, his girlfriend, and his puppy Ruby when we were neighbors in the Haight where I have lived for more than forty years. When I met the three of them, the rapport was instantaneous.  When they needed doggie care, I jumped at the opportunity because they exuded graciousness.  I fell in love with the three of them. It's  a pleasure to say that they are family.

Andrew has taken me to a number of medical appointments and stayed in line with me for 2 hours when I awaited my first Covid shot. I have never known a young man to care so much for his neighbors.

We established a Sunday ritual where we meet and go for a walk with Ruby every week even after they moved out of the neighborhood. When that happens, you know there's a bond. On those walks, Andrew would share the stress he was under with his company, often speaking about pressure from his investors. I know he

felt great stress and that he needed to hold up his end of the bargain as he is the kind of person who does not leave promises unfulfilled.

In the year since his arrest, I have seen Andrew undergo a transformation in his life. I have heard the remorse he has for what he has done and the pain he has experienced in the losses in his personal life. It is devastating and would leave most people hopeless. Andrew, however, has pulled himself up and is laying the foundation for a successful professional life. He has made lifestyle changes to better himself. The strength of his resolve is unlike anything I have ever seen in my seven decades on Earth.

My mom, may she rest in peace, told me, "Make friends with good, kind people with big brains."  With Andrew, I did precisely that.  Mom would have loved Andrew.  In all modesty, I'm a good judge of character.  In 1984, I started a retail business from my rented Victorian flat in the Haight.  I've met three thousand people by appointment from the comfort and privacy of my home. I can read people and Andrew Chapin is unquestionably

a mensch, the highest compliment one can attribute to another in Yiddish.

Such a person does not belong behind bars as I believe, especially with the weight of this experience, he will best serve our city in the community where he belongs.

If you'd like to speak, I'm available at 415-558-8882. It makes me happy to share my feelings with you, your Honor.

Sincerely,

Burt Tessler

November 1, 2021
To the Honorable Maxine Chesney,

I am writing on behalf of Andrew Chapin, a friend, and fellow entrepreneur in the St. Louis ecosystem. We met in 2015 after my company won an Arch Grant, the same honor his company won the previous year.

Andrew went out of his way to introduce himself and add value through introductions, brainstorms, and general advice about navigating the startup world. Over the next few years, he became an advisor to my company and an invaluable member of my entrepreneur inner circle.

Andrew introduced me to my first outside investor and was also willing to lend a hand if I called with a problem or issue. Believe it or not, it is very rare to meet entrepreneurs with this attitude of helping others, especially with sharing contacts and partners. The Andrew I know always goes out of his way to help others, donate his time and was a constant inspiration to me during my time owning a business.

Forgive me for stating the obvious, but founders are under a lot of pressure. We know that comes with the gig, when we get crazy ideas in our heads to change the world. I know firsthand how that pressure can grow when faced with an investor who does not understand the risks involved in backing early stage companies and is not afraid to cross lines in terms of professionalism or behave in a threatening manner.

The scariest day of my life was when I had to tell my investors, and people who believed in ME that I was selling my company and the terms I agreed to did not give them a desirable return on their investment. As founders, our end of the bargain is to work as hard and as smart as possible to return their capital. Their end of the bargain is to provide said capital and provide support and advice to grow the business. Investors who bully and have their founders operate from a place of fear is never a recipe for success.


Thank you for taking the time to consider and read my words.

Sincerely,

Ellen Prinzi

# EXHIBIT D

To The Honorable Maxine Chesney:

I met Andrew in the fall of 2008 at Northern Vermont University. Andrew was the student body president at our school, and an admired member of the community. Andrew enjoyed close personal relationships not only with students, but with faculty, administrators and the president of the college itself. Andrew was younger than me, but was always my most mature friend. He had the ability to engage with the types of people that would typically make a college student nervous, and I always admired this about him. Andrew was wise, passionate, and had real plans that I didn't see from any of my peers. Andrew's drive and vision of his future never wavered after college either, enrolling at Harvard Business School, and seemingly working 3 different jobs at once to support himself, and further his entrepreneurial dreams.

As cliche as it might sound, if you were to ask Andrew's close friends to predict where Andrew would end up, you would've received answers ranging from "The Next Bill Gates" to "President of the United States" — As ludicrous as these comparisons sound, Andrew really was that type of guy, with that kind of potential. I was unfamiliar with what an Eagle Scout was, but based on his experiences in our student government, it quickly became apparent that Andrew had a different foundation than the rest of us, and his sights set higher than most.

Eventually those sights lead him to California, where he had seemed to find success and a home. I was back on the East Coast, and even though I missed my friend and selfishly wanted him closer, I knew being in the tech hub of San Francisco was a lifelong dream of his, and was ultimately for the best. It was truly fulfilling to see a friend succeed in their goals. Andrew had found love with a great woman, and I was lucky enough to watch that relationship grow from the very start, as I happened to be visiting when they first met. Together they adopted a dog from a local rescue shelter, and moved into a home together, getting engaged to be married soon after. Andrew previously had some tough luck with relationships, so it was great to see him truly happy and fulfilled in his personal life.

Along this journey, Andrew also evolved as a more socially-conscious member of his community, rather than solely focusing on his previous more self-serving goals. Andrew became a more open-minded person, raised money for admirable causes, volunteered at animal shelters, ran multiple marathons in support of Alzheimer's awareness, and was active in his local politics. Andrew grew as a person in these years, and developed a knack for never shying away from a difficult discussion, even knocking on his neighbor's door after they displayed hateful rhetoric on their front lawn. My advice was to let sleeping dogs lie and not to engage with the person. Surprisingly Andrew actually had a substantive and meaningful conversation with his neighbor, and they both came out of it for the better. It's a simple anecdote, but I think these days, it's a rare feat to get somebody to engage in productive discourse. It was a commendable act, and I think speaks to Andrew's true, benevolent nature.

I'm not here to speak on the particulars of Andrew's situation, but from knowing him so well, my own determination was Andrew acted in a terrorized state of defense, ultimately getting wrapped up in the most dangerous and costly game of his life. To his credit, he never shifted blame and took responsibility for his choices from day one — it's inexcusable, embarrassing, and criminal, but with the benefit of hindsight, it's now unsurprising. Based on the conversations we had together in the months leading up to his arrest, I had never seen Andrew in such a desperate state. His text messages would come furiously at 2, 3, and 4am local time in San Francisco, in states of panic and disarray. I'd try to understand the external stresses he was

under, but he couldn't reveal what was actually going on in his business-life. I wanted to help, but didn't know how. Something was very wrong.

I know I've been very complimentary and tried to be elucidatory to Andrew's true personality and character, but one flaw he has always suffered from, was an almost literal inability to *quit* – and I don't mean that in a cliche way an announcer might describe an athlete. I use it more in the context of daily life, business, and relationships. I can only assume what I'm describing is a symptom of being a supremely motivated person, but I've known Andrew to sometimes be self-destructive due to his stubbornness to admit when things aren't going well, or accept "defeat." He doesn't know how to cut his losses. I am no doctor, but I cannot help but think those personality traits directly factored into his spiral of deceit and criminal behavior. I know based on the court documents, the timeline coincides with his descent into heavy drug use and an untenable, desperate, gambling habit. In the year or so leading up to his arrest, he truly was not the same person – *something* had taken hold of him. There is absolutely no excuse for the crimes he committed, or jeopardizing people's livelihoods, but sometimes when an animal feels trapped, they ultimately lash out and hurt the people they care for. Andrew is a caring and sensitive person, and it pains me he put himself in this position. Had he known when to quit or seek help, I know he wouldn't have gotten as deep into the muck, as he's currently in.

It's a very difficult situation to be unbiased in, as Andrew is my friend. He is slated to be one of my groomsmen in my wedding party next July, and has flown across the country twice to spend time with and meet my newborn daughter. I know the personal anguish Andrew has suffered through this whole ordeal. Ultimately it is his own doing, and he has always taken responsibility for his actions since that first phone call I received as he was released from jail. The conversations have been painful, but always truthful. I know Andrew doesn't have a nefarious bone in his body, and that does *not* excuse his wrongdoings by any means, but I know he has already suffered tremendous loss over the past year.

I'm sure it's unsurprising to learn that the woman he loved, his fiance, ended their engagement, but it goes so much deeper than that. He is for all intents and purposes banned from participating in the career and industry he invested so much of his life into, and ultimately ruined him. Many of his friends have abandoned him. He has lost the trust of quite literally everybody in his life. I can only imagine how painful and difficult this last year has been – he has paid egregiously for his sins, and his next steps in life will be very difficult ones. To me, getting started on that redemptive path sooner rather than later makes sense.

Beyond losing a future wife, a career, friends, and losing the trust of even your family, one of the more painful examples I can point to is Andrew being let go as an advisor, stakeholder, and board member of his childhood friend's burgeoning sports media company. I know Andrew took special pride in his role in getting their company off the ground, and now they have abandoned and fired him, for obvious reasons. The company I'm referencing is on the fast track to huge financial valuations and has already turned down lucrative acquisition offers from large media companies such as Turner Broadcasting and ESPN. I know it pains Andrew to have let this opportunity dissolve due to his wrongdoings. I don't bring this up to focus on the potential financial loss involved, but rather, his outlook on the situation since it collapsed. One might think Andrew would be bitter or acrimonious, or even combative in this situation. Rather than having those negative feelings, and spoiling his taste for his friends and their company, Andrew has maintained great support for their skyrocketing business, publicly and privately. It's admittedly

an immature stance to take, but I do not think I could stomach the sight of their success on a daily basis. Instead he's still a vocal cheerleader, just from the sidelines now sadly.

Andrew is loyal, almost to a fault, and I can't help but think this otherwise admirable personality trait is partially responsible for the mess he created for himself. Andrew is a good person who made a horrible, life-changing mistake. I know the type of character he has, and whatever the decision, he will face the music and take responsibility even when that reality is uncomfortable, or even tortuous. In my experience, in life, whether fiction or nonfiction, redemption stories are always most fulfilling when the protagonist is a truly good person.


Matthew Goldstein

1630 Commercial St.
Weymouth, MA
02189

# EXHIBIT E

To the Honorable Judge Maxine Chesney,

I first met Andrew nearly two decades ago at Pomperaug High School where we were classmates and then became friends. In the time since, that friendship has grown even as we both moved around the country.

In 2017, I was faced with an interesting challenge: a social media account I started began to show signs that it could be more than just a fun social media account and could, in fact, be a business. The audience was engaged and growing rapidly but I wasn't sure how to begin to make that leap.

Knowing Andrew had success in starting his own business, I asked if he would give me his input. It would have been easy for him to offer some canned advice and move on with his day but what he did was the exact opposite. We spent hours on the phone talking through the opportunity ahead of me. He invited me to his office where he rolled up his sleeves and we did whiteboard sessions on multiple occasions, helping me think through everything from the big picture to the little stuff (like how to register a business). He made introductions. He helped arrange our first advertising deal and ultimately, became our first investor and joined the Board of Directors.

Today, Jomboy Media generates multi-millions in revenue and employs over thirty people in New York City. I do not believe we would be where we are without his generosity and guidance in the early stages.

You can only imagine my shock when I heard about Andrew's arrest. We spoke the next day and he was tearful, remorseful, and nowhere near the honest and helpful Andrew, I had been speaking to regularly for the past two years.

Even on this difficult phone call where Andrew described the wrongs he had done, he managed to show his true colors: he told me and my co-founder that he would do whatever we felt was best for our growing company. He knew his continued involvement on our Board of Directors could raise questions and potentially impede our progress. He selflessly offered to step away from something I know mattered a lot to him, well beyond the multi-million dollar opportunity: a chance to build something cool with people he cares about. We accepted his resignation and he's unfortunately no longer involved in our company.

The Andrew I know is a positive and contributing member of society and the communities he is involved in. Those communities will be a better place with Andrew available to do what he does best - help.

Thank you for taking the time to consider my experience.

Best,

James O'Brien