UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** December 15, 2021   **Time:** 2:17 – 2:52   **Judge:** MAXINE M. CHESNEY
= 35 minutes

**Case No.:** 21-cr-00217-MMC-1   **Case Name:** UNITED STATES v. Andrew James Chapin Jr.

**Attorney for Plaintiff:** Scott Joiner
**Attorney for Defendant:** Randy Sue Pollock

**Deputy Clerk:** Tracy Geiger    **Court Reporter:** Marla Knox
**Interpreter:** N/A              **Probation Officer:** Ashley Polk

### PROCEEDINGS

**Sentencing – held.**

**Sentence imposed: 36 months in custody on Counts 1, 2, and 3, to run concurrently. Three years supervised release as to Counts 1, 2, and 3, to run concurrently. $300 special assessment; No Fine; Restitution $8,069,900. Self-surrender date: February 1, 2022. (See judgment for additional conditions).**