1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64493)
2  286 Santa Clara Avenue
   Oakland, CA 94610
3  Tel: (510)  763-9967
   Fax: (510)  380-6551
4  rsp@rspollocklaw.com

5  Attorney for Defendant
   ANDREW CHAPIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

—ooo—

| UNITED STATES OF AMERICA, | No. CR. 21-00217-001-MMC |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND PROPOSED ORDER TO PERMIT OUT- OF- DISTRICT TRAVEL** |
| ANDREW CHAPIN, | |
| Defendant. | |

Defendant Andrew Chapin, by and through his counsel Randy Sue Pollock, and Assistant United States Attorney Lloyd Farham hereby request that Mr. Chapin be permitted to travel out-of-district for the following trips:

1. From January 17-January 20, 2022 to Donner Lake Village [EDCA];

2. From January 20-February 1, 2022 from Reno, Nevada to New York City and then to his parent's home in Southbury, Conneticut.

Mr. Chapin will voluntarily report for his sentence pursuant to the Order for Voluntary Surrender dated December 21, 2021.

Brad Wilson from the Office of Pretrial Services has been advised of this request and he has no objection.

Date: January 10, 2022                              Respectfully submitted,

/s/
RANDY SUE POLLOCK
Counsel for Defendant
ANDREW CHAPIN

Date: January 10, 2022                              /s/
LLOYD FARHAM
Assistant United States Attorney

SO ORDERED:

Dated: January 11, 2022

GRANTED
Judge Jacqueline Scott Corley

2