RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Tel: (510) 763-9967
Fax: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
ANDREW CHAPIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANDREW CHAPIN,<br><br>　　　　Defendant.<br>_____/ | No. CR. 21-00217-001-MMC<br><br>**STIPULATION AND PROPOSED ORDER TO PERMIT OUT- OF- DISTRICT TRAVEL AND AN EXTENSION OF THE DATE FOR VOLUNTARY SURRENDER TO BOP**<br>_____ |

　　Defendant Andrew Chapin, by and through his counsel Randy Sue Pollock, and Assistant United States Attorney Lloyd Farham hereby request that Mr. Chapin be permitted to travel as follows:

　　1.　To Boston, MA from January 28-29, 2022 to visit family and close friends;

　　2.　From Boston to San Francisco on January 29th returning to New York on the 29th [he needs to handle the sale of his car];

　　3.　From New York to Connecticut on January 31st.

Additionally, Mr. Chapin requests a stay until February 10, 2022 to report to his designated facility. Mr. Chapin was supposed to be processed by the USM in NDCA prior to traveling to his parent's home in Connecticut but he had COVID. He will be processed at the USM office in New Haven on Tuesday, January 25th.

Given the delay in processing counsel requests a stay on Mr. Conneticut's surrender to the Bureau of Prisons until February 10th at 2 p.m.

Brad Wilson from the Office of Pretrial Services has been advised of this request and he has no objection.

Date: January 24, 2022                                  Respectfully submitted,

                                                        /s/
                                                        RANDY SUE POLLOCK
                                                        Counsel for Defendant
                                                        ANDREW CONNETICUT

Date: January 24, 2022                                  /s/
                                                        LLOYD FARHAM
                                                        Assistant United States Attorney

## SO ORDERED:
                                                        _____
                                                        United States Magistrate Judge

2