RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Tel: (510) 763-9967
Fax: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
ANDREW CHAPIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>ANDREW CHAPIN,<br><br>  Defendant.<br>_____/ | No. CR. 21-00217-001-MMC<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND THE DATE FOR VOLUNTARY SURRENDER**<br><br>_____ |

   Defendant Andrew Chapin, by and through his counsel Randy Sue Pollock, hereby requests a stay from February 1, 2022 until February 10, 2022 to report to his designated facility.  Mr. Chapin was supposed to be processed by the USM in NDCA prior to traveling to his parent's home in Connecticut but he had COVID.  He will be processed at the USM office in New Haven on Tuesday, January 25th.  Given the delay in processing counsel requests a stay on Mr. Conneticut's surrender to the Bureau of Prisons until February 10th at 2 p.m.

Assistant United States Attorney Kimberly Hopkins has no objection to this request.

Date: January 25, 2022          Respectfully submitted,

/s/
RANDY SUE POLLOCK
Counsel for Defendant
ANDREW CONNETICUT

Date: January 25, 2022

/s/
KIMBERLY HOPKINS
Assistant United States Attorney

**SO ORDERED**:

MAXINE M. CHESNEY
United States District Judge