```
1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64493)
2  286 Santa Clara Avenue
   Oakland, CA 94610
3  Tel: (510)  763-9967
   Fax: (510)  380-6551
4  rsp@rspollocklaw.com

5  Attorney for Defendant
   ANDREW CHAPIN
6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. 21-00217-001-MMC |
| Plaintiff, | |
| vs. | **STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND THE DATE FOR VOLUNTARY SURRENDER** |
| ANDREW CHAPIN, | _____ |
| Defendant. / | |

  Defendant Andrew Chapin, by and through his counsel Randy Sue Pollock, hereby requests a stay from February 1, 2022 until February 10, 2022 to report to his designated facility.  Mr. Chapin was supposed to be processed by the USM in NDCA prior to traveling to his parent's home in Connecticut but he had COVID.  He will be processed at the USM office in New Haven on Tuesday, January 25th.  Given the delay in processing counsel requests a stay on Mr. Conneticut's surrender to the Bureau of Prisons until February 10th at 2 p.m.

Assistant United States Attorney Kimberly Hopkins has no objection to this request.

Date: January 25, 2022								Respectfully submitted,

/s/
RANDY SUE POLLOCK
Counsel for Defendant
ANDREW CONNETICUT

Date: January 25, 2022

/s/
KIMBERLY HOPKINS
Assistant United States Attorney

## SO ORDERED:

Date: January 25, 2022

MAXINE M. CHESNEY
United States District Judge