RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Tel: (510) 763-9967
Fax: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
ANDREW CHAPIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW CHAPIN,<br><br>Defendant.<br>_____/ | No. CR. 21-00217-001-MMC<br><br>**AMENDED STIPULATION AND PROPOSED ORDER TO PERMIT OUT- OF- DISTRICT TRAVEL**<br>_____ |

    Defendant Andrew Chapin, by and through his counsel Randy Sue Pollock, and Assistant United States Attorney Kimberly Hopkins hereby request that Mr. Chapin be permitted to travel to San Francisco on January 28, 2022 instead of Janaury 29th as previously ordered by this Court due to the fact that a storm is expected on the east coast that may impact air travel.

    Brad Wilson from the Office of Pretrial Services has been advised of this request and he has no objection.

///

///

///

| | |
|---|---|
| Date: January 27, 2022 | Respectfully submitted, |
| | /s/<br>RANDY SUE POLLOCK<br>Counsel for Defendant<br>ANDREW CHAPIN |
| Date: January 27, 2022 | /s/<br>KIMBERLY HOPKINS<br>Assistant United States Attorney |

SO ORDERED:

_____
United States Magistrate Judge