| | |
|---|---|
| 1 | RANDY SUE POLLOCK |
| 2 | Attorney at Law (CSBN 64493) |
|   | 286 Santa Clara Avenue |
| 3 | Oakland, CA 94610 |
|   | Tel: (510) 763-9967 |
| 4 | Fax: (510) 380-6551 |
|   | rsp@rspollocklaw.com |
| 5 | Attorney for Defendant |
|   | ANDREW CHAPIN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. 21-00217-001-MMC |
| Plaintiff, | |
| vs. | **AMENDED STIPULATION AND ~~PROPOSED~~ ORDER TO PERMIT OUT- OF- DISTRICT TRAVEL** |
| ANDREW CHAPIN, | |
| Defendant. | |

Defendant Andrew Chapin, by and through his counsel Randy Sue Pollock, and Assistant United States Attorney Kimberly Hopkins hereby request that Mr. Chapin be permitted to travel to San Francisco on January 28, 2022 instead of Janaury 29th as previously ordered by this Court due to the fact that a storm is expected on the east coast that may impact air travel.

Brad Wilson from the Office of Pretrial Services has been advised of this request and he has no objection.

///
///
///

Date: January 27, 2022               Respectfully submitted,

/s/
RANDY SUE POLLOCK
Counsel for Defendant
ANDREW CHAPIN

Date: January 27, 2022

/s/
KIMBERLY HOPKINS
Assistant United States Attorney

SO ORDERED:

Dated: January 27, 2022

GRANTED
Judge Jacqueline Scott Corley

2