RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Tel: (510) 763-9967
Fax: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
ANDREW CHAPIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. 21-00217-001-MMC |
| Plaintiff, | |
| vs. | **STIPULATION AND PROPOSED ORDER TO PERMIT AN EXTENSION OF THE DATE FOR VOLUNTARY SURRENDER TO BOP** |
| ANDREW CHAPIN, | |
| Defendant. | |

Defendant Andrew Chapin, by and through his counsel Randy Sue Pollock, and Assistant United States Attorney Kimberly Hopkins request that Mr. Chapin be permitted to surrender to the Bureau of Prisons on February 17th instead of February 10th as he is still not designated to an institution.

Brad Wilson from the Office of Pretrial Services has been advised of this request and he has no objection.

Date: February 8, 2022                              Respectfully submitted,


                                                    _____/s/_____
                                                    RANDY SUE POLLOCK
                                                    Counsel for Defendant

1 | Date: February 8, 2022

/s/
KIMBERLY HOPKINS
Assistant United States Attorney

SO ORDERED:

_____
MAXINE M. CHESNEY
United States District Judge