1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64493)
2  286 Santa Clara Avenue
   Oakland, CA 94610
3  Tel: (510)  763-9967
   Fax: (510)  380-6551
4  rsp@rspollocklaw.com

5  Attorney for Defendant
   ANDREW CHAPIN

6

7                    UNITED STATES DISTRICT COURT

8                 NORTHERN DISTRICT OF CALIFORNIA

9                     SAN FRANCISCO DIVISION

10                            –ooo–

11  UNITED STATES OF AMERICA,              **No. CR. 21-00217-001-MMC**

12            Plaintiff,

13                                         **STIPULATION AND** ~~**PROPOSED**~~
                                           **ORDER TO PERMIT AN**
14  vs.                                    **EXTENSION OF THE DATE**
                                           **FOR VOLUNTARY SURRENDER**
15  ANDREW CHAPIN,                         **TO BOP**

16
                                           _____
17            Defendant.
    _____/

18
          Defendant Andrew Chapin, by and through his counsel Randy Sue Pollock, and
19
    Assistant United States Attorney Kimberly Hopkins request that Mr. Chapin be permitted
20
    to surrender to the Bureau of Prisons on February 17th instead of February 10th as he is
21
    still not designated to an institution.
22
          Brad Wilson from the Office of Pretrial Services has been advised of this request
23
    and he has no objection.
24

25  Date: February 8, 2022                 Respectfully submitted,

26

27                                         _____/s/_____
                                           RANDY SUE POLLOCK
28                                         Counsel for Defendant

Date: February 8, 2022

/s/
KIMBERLY HOPKINS
Assistant United States Attorney

SO ORDERED:

Date: February 8, 2022

MAXINE M. CHESNEY
United States District Judge

2