RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
ANDREW CHAPIN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>   vs.<br><br>ANDREW CHAPIN,<br><br>          Defendant. | Case No. CR 21-00217-001-MMC<br><br>**REQUEST TO EXONERATE PROPERTY; PROPOSED ORDER**<br><br>_____ |

    Defendant Andrew Chapin, by and through his counsel of record Randy Sue Pollock, hereby moves for an Order to exonerate the property located at 711 Bucks Hill Road in Southbury, CT. which was posted to secure his appearance bond. Mr. Chapin surrendered to the Bureau of Prisons in Lewisburg, PA on February 17, 2022, to serve his sentence.

Date:  February 18, 2022                           _____
                                                                      RANDY SUE POLLOCK
                                                                      Counsel for Defendant Andrew Chapin