RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
ANDREW CHAPIN

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 21-00217-001-MMC |
|---|---|
| Plaintiff, | |
| vs. | **ORDER TO EXONERATE PROPERTY** |
| ANDREW CHAPIN, | |
| Defendant. | |

GOOD CAUSE SHOWN, based on the fact that defendant Andrew Chapin has surrendered to the Bureau of Prisons to serve his sentence, the property located at 711 Bucks Hills Road in Southbury, CT. is hereby ordered exonerated.

Date: February  22 , 2022

*[signature]*
MAXINE M. CHESNEY
United States District Judge