RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
ANDREW CHAPIN

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>    vs.<br><br>ANDREW CHAPIN,<br><br>        Defendant. | Case No. CR 21-00217-001-MMC<br><br>**REQUEST TO RETURN UNITED STATES PASSPORT; PROPOSED ORDER** |

Defendant Andrew Chapin, by and through his counsel of record Randy Sue Pollock, hereby requests the return of his United States passport.  Mr. Chapin has completed his term of imprisonment and is on supervised release in the District of Connecticut.  He would like the return of his United States passport that is in the possession of Pretrial Services in the NDCA.

Date:  September 19, 2023                             Respectfully submitted,


                                                                    /s/ *Randy Sue Pollock*
                                                                    RANDY SUE POLLOCK
                                                                    Counsel for Defendant ANDREW CHAPIN