RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
ANDREW CHAPIN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>   vs.<br><br>ANDREW CHAPIN,<br><br>           Defendant. | Case No. CR 21-00217-001-MMC<br><br>[PROPOSED] ORDER TO RETURN UNITED STATES PASSPORT |

GOOD CAUSE SHOWN, based on the request filed by defendant's counsel, IT IS HEREBY ORDERED that the Office of Pretrial Services return Andrew Chapin's United States passport to him.

Date: September 26, 2023

_____
MAXINE M. CHESNEY
SENIOR UNITED STATES DISTRICT